FILED
2008 Jan-08  PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KALEEM TARIQ-MADYUN, ) ) Plaintiff ) ) vs. ) ) MADISON POLICE DEPARTMENT, ) CITY OF, ) ) Defendant ) | Case No. 5:07-cv-00056-SLB-HGD |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 17, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted, under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on October 29, 2007. (Doc. #10).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DONE**, this the 8th day of January, 2008.

                                                   */s/ Sharon Lovelace Blackburn*
                                                   SHARON LOVELACE BLACKBURN
                                                   CHIEF UNITED STATES DISTRICT JUDGE